THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATRICK BRENNAN, Appellant.

Submitted October 4, 1949; decided October 5, 1949.

*Gordon Steele, District Attorney (Leonard Finkelstein* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.